UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>MENGUIN, INC., ,<br><br>      Defendant. | ECF CASE<br><br>No.: 1:18-cv-06654 (ARR)(PK) |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff hereby voluntarily dismisses this action without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated: June 12, 2019
      New York, New York

                                 s/Christopher H. Lowe
                                 Christopher H. Lowe
                                 LIPSKY LOWE LLP
                                 630 Third Avenue, Fifth Floor
                                 New York, New York 10017
                                 chris@lipskylowe.com
                                 Tel: 212.392.4772
                                 *Attorneys for Plaintiff*